# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**JOHN BENITEZ, JR .,**

    Plaintiff,

v.      Case No. 11-15172

**CITY OF DEARBORN,** a Michigan municipal corporation.      HON.  LAWRENCE P. ZATKOFF

    Defendant.

---

| | |
|---|---|
| **Deborah L. Gordon PLC** | City of Dearborn |
| **Deborah L. Gordon (P27058)** | **Debra W. Walling (P37067)** |
| **Sarah S. Prescott (P70510)** | **Kimberly M. Craig (P36636)** |
| Attorneys for Plaintiff | Attorneys for Defendant |
| 33 Bloomfield Hills Parkway, Suite 275 | 13615 Michigan Avenue, Suite B |
| Bloomfield Hills, Michigan 48304 | Dearborn, Michigan 48126-3581 |
| 248-258-2500 | (313) 943-2035 |
| dgordon@deborahgordonlaw.com | |
| sprescott@deborahgordonlaw.com | |

---

## STIPULATED ORDER OF DISMISSAL

This matter having come before the Court by stipulation of the parties through their respective counsel and the Court being further advised in the premises:

IT IS HEREBY ORDERED that Plaintiff's Complaint against Defendant is DISMISSED with prejudice and without costs, interest or attorney fees to any party.

This Order resolves all pending claims and closes the case.

Dated: January 11, 2012      s/Lawrence P. Zatkoff
    Hon. Lawrence P. Zatkoff
    U.S. District Court Judge

APPROVED FOR ENTRY:

| | |
|---|---|
| DEBORAH L. GORDON, PLC | City of Dearborn |
| Deborah L. Gordon (P27058) | /s/Kimberly M. Craig (P36636) |
| /s/Sarah S. Prescott (P70510) | Attorneys for Defendant |
| Attorneys for Plaintiff | 13615 Michigan Avenue, Suite B |
| 33 Bloomfield Hills Parkway, Suite 275 | Dearborn, Michigan 48126-3581 |
| Bloomfield Hills, MI 48304 | (313) 943-2035 |
| (248) 258-2500 / Fax (248) 258-7881 | kcraig@ci.dearborn.mi.us |
| dgordon@deborahgordonlaw.com | |
| sprescott@deborahgordonlaw.com | |